### No. 787.—SUCCESSION OF POLLOCK.

A motion, in the nature of an answer to a motion to dismiss an appeal for want of proper parties, which asks that the effect of the appeal be restricted to the parties who have been cited, will not be granted by the Supreme Court.

APPEAL from Second District Court of New Orleans. *Thomas*, J. *Sambola & Ducros*, for opponent and appellant. *A. Robert*, for appellee.

HOWE, J. The appeal in this case was taken, in 1865, from a judgment dismissing the opposition of Llambias and Dockter to the account filed by the administratrix. The appellants failed to have the creditors who are interested in maintaining the judgment, cited, and a motion has been made to dismiss the appeal for want of proper parties.

In opposing this motion, the appellants have filed a written declaration, accompanied with a motion in which they ask the court to restrict the effect of their appeal, so as to render judgment against the administratrix only (she having been cited as appellee), and confining its

Succession of Pollock.

operation to the balance left in her hands after the other creditors are
paid. In this way they seek to cure what they admit to be otherwise
a fatal defect.

· We are not furnished with any precedent for granting such a motion,.
and, upon consideration, do not think it should be allowed.

Appeal dismissed.